No. 90–929.  MARSHALL v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 90–1066.  SEQUOIA BOOKS, INC. v. ILLINOIS.  App. Ct. Ill., 2d Dist.  Certiorari denied.

No. 90–1201.  LILLEBO ET AL. v. DAVIS, CONTROLLER OF CALIFORNIA, ET AL.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 90–1365.  FRANK'S NURSERY & CRAFTS, INC. v. DUNHAM ET VIR.  C. A. 7th Cir.  Certiorari denied.

No. 90–1450.  GLK, INC. v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 90–1465.  COLUMBUS COUNTRY CLUB v. UNITED STATES. C. A. 3d Cir.  Certiorari denied.

No. 90–1466.  MCKINNEY v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 90–1478.  NACCARATO v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 90–1514.  LOCKWOOD, SECRETARY OF DEPARTMENT OF ENERGY, MINERALS, AND NATURAL RESOURCES, ET AL. v. KOZAK.  Sup. Ct. N. M.  Certiorari denied.

No. 90–1526.  DUYCK v. NEW YORK.  App. Term, Sup. Ct. N. Y., 9th and 10th Jud. Dists.  Certiorari denied.

No. 90–1539.  HERRICK v. FLORIDA BAR.  Sup. Ct. Fla.  Certiorari denied.

No. 90–1556.  MISSOURI v. ALLEN.  Ct. App. Mo., Western Dist.  Certiorari denied.

No. 90–1582.  FROTA OCEANICA BRASILEIRA, S. A. v. PIRES. App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 90–1584.  KEMP v. STATE BOARD OF AGRICULTURE ET AL. Sup. Ct. Colo.  Certiorari denied.